# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146523-4(62)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

                                  SC: 146523-4
                                  COA: 309384; 310456
v                                       Oakland CC: 2008-222726-FC

SCHUYLER DION CHENAULT,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion by the Michigan Innocence Clinic to file an amicus curiae brief is GRANTED. The amicus curiae brief received on September 9, 2013, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2013



Clerk